**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

————————————

No. 25-12674

Non-Argument Calendar

————————————

DWAYNE JAY NORTON,

*Petitioner,*

*versus*

SHIRLEY ANN MARZAN,

GONZALO BALLECILLO,

  Judges,

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

*Respondents.*

————————————

Petition for Review of a Decision of the

Social Security Administration

Agency No. 2517690080247

————————————

Before ROSENBAUM, BRANCH, and LAGOA, Circuit Judges.

PER CURIAM:

In June 2025, Dwayne Jay Norton, proceeding pro se, mailed to this Court a "notice of appeal," to which he attached a copy of a May 2025 order issued by a Social Security Administration ("SSA") administrative law judge ("ALJ"). The Clerk of Court issued a communication that no action would be taken on that filing. In August 2025, Norton filed a "complaint," which initiated this appeal and appears to seek review of both the ALJ's May 2025 order and the Clerk's June 2025 communication.

We lack jurisdiction to review the May 2025 ALJ order because it is not a district court order and we cannot directly review decisions by SSA ALJs. *See* 28 U.S.C. § 1291 (providing that the courts of appeals have jurisdiction over "appeals from all final decisions *of the district courts*" (emphasis added)); *Forney v. Apfel*, 524 U.S. 266, 269 (1998) (applying § 1291 in a Social Security case); Fed. R. App. P. 15(a)(1) (providing that we have jurisdiction to review agency orders when such review is authorized by law); 42 U.S.C. § 405(g) (providing for review of final SSA decisions in the district courts and that subsequent decisions of the district courts are "subject to review in the same manner as . . . judgment[s] in other civil actions").

To the extent Norton's "complaint" evinces an intent to appeal from the Clerk's June 2025 communication, that communication also is not an appealable ruling. *See* 28 U.S.C. § 1291.

Accordingly, this appeal is DISMISSED, sua sponte, for lack of jurisdiction.